AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| United States of America<br>v.<br>DERRICK NUTTER<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 1:24-mj-02450<br>)<br>)<br>)<br>) |

✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED
2:49 pm, Oct 03 2024
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____TTD_____ Deputy

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  June 5 to September 10, 2024  in the county of  Baltimore  in the
_____ District of  Maryland , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1) | Possession with Intent to Distribute Controlled Substances |
| 21 U.S.C. 846 | Conspiracy to Distribute Controlled Substances |
| 18 U.S.C 933(a)(1) | Firearm Trafficking |

This criminal complaint is based on these facts:

See Affidavit

☑ Continued on the attached sheet.

*Daniel O'Rourke*  Digitally signed by Daniel O'Rourke
Date: 2024.09.30 16:29:07 -04'00'

*Complainant's signature*

Special Agent Daniel O'Rourke, ATF

*Printed name and title*

Sworn to me over the telephone and signed.

Date: October 1, 2024

*Judge's signature*

City and state:  Baltimore, Maryland   Hon. Erin Aslan, US Magistrate Judge

*Printed name and title*